**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 97-cr-00005-EWN-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

Domonic Nutall,

       Defendant.

---

ORDER ALLOWING DISCLOSURE OF PRESENTENCE REPORT

---

       THIS MATTER is before the Court upon request by Brenda Baumgardner, probation officer for the Adams County District Court, for permission to review the presentence report prepared in this case before the Court for use in Adams County District Court Case No. 2005-CR-2483. Upon further review, the Court

       ORDERS the presentence report prepared for this court may be disclosed and reviewed by the sentencing judge, the district attorney, the attorney for the defendant, and the probation officer, and

       FURTHER ORDERS the presentence report not be copied or in any way disclosed beyond the scope of this Order. The Court

       FURTHER ORDERS that the Recommendation portion of the presentence report not be disclosed.

       DATED at Denver, Colorado, this 6th day of December, 2005.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              Edward W. Nottingham

United States District Judge